McCLELLAN et al., Respondents, v. DUNCOMBE, Appellant. (Supreme Court, Appellate Division, Second Department. June 22,

1900.) Action by Clarence S. McClellan and others against Naomi Duncombe. No opinion. Motion for reargument denied. See 49 N. Y. Supp. 679; 65 N. Y. Supp. 19.